IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| THE BURNING GLASS INSTITUTE, | : | |
| Plaintiff, | : | |
| | : | No. 25-cv-1539 |
| v. | : | |
| BURNING GLASS INTERNATIONAL, INC., | : | |
| Defendants. | : | |

## **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The undersigned counsel stipulates and agrees on behalf of Plaintiff The Burning Glass Institute and Defendant Burning Glass International, Inc. that the time within which Defendant may respond to Plaintiff's Complaint is extended to **April 30, 2025**.

*/s/ Samantha Banks*
Samantha Banks
Fox Rothschild LLP
2001 Market St., Ste. 1700
Philadelphia, PA 19103
215-444-7224
sbanks@foxrothschild.com

Mitchell Berns
(*Motion for pro hac vice forthcoming*)
Fox Rothschild LLP
101 Park Avenue
New York, NY 10178
212-878-7900
mberns@foxrothschild.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
**U.S. District Judge John F. Murphy**

Date: April 15, 2025

*/s/ Frank R. Emmerich Jr.*
Frank R. Emmerich Jr.
Nicholas C. Needle
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 S. 16th Street, Floor 22
Philadelphia, PA 19102
215-851-8400
femmerich@eckertseamans.com
nneedle@eckertseamans.com

Dana Herberholz
Jordan Stott
(*Motions for pro hac vice forthcoming*)
Dorsey & Whitney LLP
101 S. Capitol Blvd., Suite 1100
Boise, ID 83702
208-617-2550
herberholz.dana@dorsey.com
stott.jordan@dorsey.com
*Attorneys for Defendant*