# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE BURNING GLASS INSTITUTE, | : |
| Plaintiff, | : |
| v. | : No. 25-cv-1539 |
| BURNING GLASS INTERNATIONAL, INC., | : |
| Defendant. | : |

## SECOND STIPULATION TO EXTEND TIME
## TO AMEND COMPLAINT AND RESPOND

Pursuant to Rule 5 of this Court's procedures, counsel for the parties have conferred regarding Plaintiff, The Burning Glass Institute's intention to file an Amended Complaint. The parties agreed that Plaintiff will file an Amended Complaint on or before May 12, 2025. If Plaintiff does not file an Amended Complaint, Defendant Burning Glass International, Inc. will file a response to Plaintiff's Complaint on or before May 19, 2025. If Plaintiff files an Amended Complaint, Defendant will file a response by May 26, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Samantha Banks* | */s/ Frank Emmerich* |
| Samantha Banks | Frank R. Emmerich Jr. |
| Fox Rothschild LLP | Nicholas C. Needle |
| 2001 Market St., Ste. 1700 | Eckert Seamans Cherin & Mellott, LLC |
| Philadelphia, PA 19103 | Two Liberty Place |
| 215-444-7224 | 50 S. 16th Street, Floor 22 |
| sbanks@foxrothschild.com | Philadelphia, PA 19102 |
| | 215-851-8400 |
| Mitchell Berns | femmerich@eckertseamans.com |
| Fox Rothschild LLP | nneedle@eckertseamans.com |
| 101 Park Avenue | |
| New York, NY 10178 | Dana Herberholz |
| 212-878-7900 | Jordan Stott |
| mberns@foxrothschild.com | Dorsey & Whitney LLP |
| *Admitted Pro Hac Vice* | 101 S. Capitol Blvd., Suite 1100 |
| *Attorneys for Plaintiff* | Boise, ID 83702 |
| | 208-617-2550 |
| Date: April 28, 2025 | herberholz.dana@dorsey.com |
| | stott.jordan@dorsey.com |
| | *Attorneys for Defendant* |

**IT IS SO ORDERED**

_____
U.S. District Judge John F. Murphy

Date: 4/29/2025